UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE FEDERICO,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | No. 2:23-cv-02851-DC-CSK<br><br>ORDER GIVING EFFECT TO STIPULATION RESOLVING ATTORNEYS' FEES, COSTS, AND EXPENSES<br><br>(Doc. No. 28) |

On November 26, 2024, following Plaintiff's acceptance of Defendant's Federal Rule of Civil Procedure 68 offer of judgment, the court directed the Clerk of the Court to enter judgment in favor of Plaintiff and against Defendant in the amount of $120,000.00, plus reasonable attorneys' fees, costs, and expenses. (Doc. No. 24.) At the time, the parties were still negotiating attorneys' fees, costs, and expenses, and they were considering either filing a noticed motion to request that the court determine the attorneys' fees, costs, and expenses or resolving the attorneys' fees, costs, and expenses themselves. (*See* Doc. No. 23.)

Subsequently, on February 5, 2025, the parties filed a stipulation, agreeing that to resolve attorneys' fees, costs, and expenses, Defendant Ford Motor Company will pay Plaintiff, through Plaintiff's counsel, $20,000.00 by no later than May 5, 2025. (Doc. Nos. 28 at 2; 28-1.)

Pursuant to the stipulation of the parties and good cause appearing,

1. Defendant Ford Motor Company shall pay Plaintiff's counsel $20,000.00 in

attorneys' fees, costs, and expenses by no later than May 5, 2025; and

2. Within ten (10) days of the payment as ordered, Plaintiffs shall file dispositional documents in this case.

IT IS SO ORDERED.

Dated: **February 6, 2025**   _____
Dena Coggins
United States District Judge

2